IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **United States of America,** § | | |
| Plaintiff § | | |
| § | No. 4:25-MJ-495-BJ | |
| v. § | | |
| § | | |
| **Rebecca Morgan** § | | |
| Defendant § | | |

**Defendant's Response to the
Government's Motion for a Protective Order**

**TO THE HONORABLE:  JEFFREY L. CURETON**

Defendant, Rebecca Morgan, by and through her counsel of record, Rose Romero, files this Response to the Government's Motion for a Protective Order and would state as follows:

Defendant Rebecca Morgan has no objections to the Government's Motion for a Protective Order filed on October 2, 2025, (ECF 12).

        Respectfully submitted,

        */s/ Rose L. Romero*

        Rose L. Romero
        235 N.E. Loop 820, Suite 105
        Hurst, Texas 76053
        682.267.1351 Office
        817.887.2288 facsimile
        Texas Bar No. 17224700
        Counsel for Rebecca Morgan

## Certificate of Service

I, Rose Romero, hereby certify that on October 6, 2025, a copy of the foregoing Response was delivered to counsel for the Government via the ECF filing system.

*/s/ Rose L. Romero*
Rose L. Romero