IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>NATHAN BAUMANN (01)<br>JOY GIBSON (02)<br>SUSAN KENT (03)<br>REBECCA MORGAN (04)<br>LYNETTE SHARP (05)<br>JOHN THOMAS (06),<br><br>  Defendants. | §§§§§§§§§§§§§§§<br><br>Criminal Action No. 4:25-CR-0282-O |

**ORDER**

It is **ORDERED** that this matter be reassigned to the docket of United States District Judge Mark T. Pittman to conduct all further proceedings. The Clerk of Court is ordered to change the case letter designation to 'P'.

**SO ORDERED** on this **14th day** of **November, 2025.**

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**